# ELECTRONIC RECORD

COA #   11-12-00317-CR                OFFENSE:  19.02

STYLE:  **Rickey Lavelle Taylor v.
The State of Texas**          COUNTY:  Ector

COA DISPOSITION:  MODIFIED &
AFFIRMED                TRIAL COURT:  244th District Court

DATE: 11/26/14          Publish: NO   TC CASE #:  A-39,256

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Rickey Lavelle Taylor v.
The State of Texas**          CCA #:  **PD-1648-14**

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____              JUDGE: _____

DATE: 04/22/2015              SIGNED: _____      PC: _____

JUDGE: _____           PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**